46 F.3d 1116
 Harper (Anthony)
v.
Owens (David S., Jr.), Commissioner for Department of
Corrections of Pennsylvania, Freeman (Robert),
Superintendent at Camp Hill, Smith (Richard), Deputy
Superintendent at Camp Hill, Henry (R.), Deputy
Superintendent at Camp Hill, Palakovich (John), Executive
Assistant at Camp Hill, Deramus (Erskin), Deputy
Commissioner for Department of Correction of Pennsylvania
 NO. 94-7230
 United States Court of Appeals,
Third Circuit.
 Dec 14, 1994
 
 Appeal From: M.D.Pa., No. 90-cv-00255,
 Rambo, J.
 
 
 1
 AFFIRMED.